**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Harding Enterprises, LLC** |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA  G. Harding Enterprises, LLC**

3. **Debtor's federal Employer Identification Number** (EIN)

**45-4664862**

4. **Debtor's address**

**Principal place of business**

**2312 Orr Road**
**Poplar Bluff, MO 63901**
Number, Street, City, State & ZIP Code

**Butler**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Harding Enterprises, LLC**                                          Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Greggory and ANdrea Harding** | Relationship | **Owner** |
|---|---|---|---|
| District | **Eastern District of Missouri / Southwestern Division**    When   **2/26/18** | Case number, if known | **18-10129** |

Debtor    **Harding Enterprises, LLC**_____    Case number (*if known*)_____

Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

�■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Harding Enterprises, LLC**                                                     Case number (*if known*) _____
　　　　　Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2018**
　　　　　　　　 MM / DD / YYYY

**X** **/s/ Greggory Allen Harding**                                    **Greggory Allen Harding**
　　Signature of authorized representative of debtor            Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ Deidre D. Jewel**                                     Date **March 19, 2018**
　　Signature of attorney for debtor                                MM / DD / YYYY

**Deidre D. Jewel MO44134**
Printed name

**The Jewel Law Firm, LLC**
Firm name

**1416 N. Kingshighway**
**Cape Girardeau, MO 63701**
Number, Street, City, State & ZIP Code

Contact phone  **573-332-1001**    Email address  **deidrejewel@yahoo.com,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **lesleydormeyer@yahoo.com**

**MO44134 MO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Harding Enterprises, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2018**     X **/s/ Greggory Allen Harding**
                                        Signature of individual signing on behalf of debtor

                                        **Greggory Allen Harding**
                                         Printed name

                                         **Owner**
                                         Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |

Debtor name    **Harding Enterprises, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................    $ _____ **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................    $ _____ **165,000.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................    $ _____ **165,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____ **713,859.96**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$ _____ **10,841,703.60**

4.    **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b                           $ | **11,555,563.56**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Harding Enterprises, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Midwest Bank of Poplar Bluff** | **Business Checking** | **3866** | $0.00 |
| 3.2. | **First Midwest Bank of Poplar Bluff** | **Payroll Account** | **9902** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Harding Enterprises, LLC**                                    Case number *(If known)* _____
          Name

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☐ No.  Go to Part 7.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **John Deere  612R Tractor hasw a John Deere H340 Farm loader attachment.  Current Value for both the tractor and the attachment.** | $65,000.00 | Liquidation | $65,000.00 |
| **John Deere 6110M Tractor has a John Deere 620R Farm loader attachment.  Value is for the tractor and the attachment** | $70,000.00 | Liquidation | $70,000.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**                                                             | $135,000.00 |
    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Harding Enterprises, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2012 Palomino Puma Camper Secured with First Midwest Bank equipment loan** | $6,500.00 | Liquidation | $6,500.00 |
|---|---|---|---|---|
| 47.2. | **2012 Cougar Camper Secured by equipment loan at First Midwest Bank** | $5,500.00 | Expert | $5,500.00 |
| 47.3. | **2011 Keystone Raptor Camper Secured by equipment loan at First Midwest Bank** | $18,000.00 | Liquidation | $18,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $30,000.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Harding Enterprises, LLC**_____    Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor      **Harding Enterprises, LLC**                                         Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $135,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $165,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $165,000.00 |

**Fill in this information to identify the case:**

Debtor name **Harding Enterprises, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **First Midwest Bank** | | $247,270.90 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 160
Poplar Bluff, MO 63901**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
05/2017**

**Last 4 digits of account number
1212**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**John Deere  612R, and John Deerre 6110M Tractors  have attachments. Current Value for both the tractor and the attachment.**

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **FIrst Midwest Bank** | | $466,589.06 | $6,500.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 160
Poplar Bluff, MO 63902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
03/2015**

**Last 4 digits of account number
0961**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2012 Palomino Puma Camper, 2012 Cougar Camper, 2011 Keystone Raptor Camper**

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Harding Enterprises, LLC**                                    Case number (if know)    _____
               Name

■ No

☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                              ☐ Disputed

_____

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$713,859.96** |

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Harding Enterprises, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Altorfer CAT**
**PO BOX 1347**
**Cedar Rapids, IA 52406-1347**

Date(s) debt was incurred  __2014__
Last 4 digits of account number  __7110__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Repairs__

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Arthurs Tire**
**327 Highland Blvd.**
**Natchez, MS 39120**

Date(s) debt was incurred  __2016__
Last 4 digits of account number  __None__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tires for equipment__

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**ASP**
**1099 Cassens Industrial Court**
**Fenton, MO 63026**

Date(s) debt was incurred  __2015__
Last 4 digits of account number  __None__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Construction supplies__

Is the claim subject to offset? ☐ No ■ Yes

**$450,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**B&C Equipment**
**2396 Star Rd.**
**Florence, MS 39073**

Date(s) debt was incurred  __2016__
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Repair__

Is the claim subject to offset? ■ No ☐ Yes

**$12,906.81**

---

Debtor    **Harding Enterprises, LLC**                                      Case number (if known) _____

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Baton Rouge Industries**
PO BOX 26
Baker, LA 70714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2012__

**Basis for the claim:**  __Equipment Supplies__

Last 4 digits of account number  __Hardie__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Baton Rouge Industries**
PO BOX 26
Baker, LA 70714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2012__

**Basis for the claim:**  __Equipment Supplies__

Last 4 digits of account number  __Barbee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Bootheel Rental**
PO BOX 278
Poplar Bluff, MO 63901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Rental Fees__

Last 4 digits of account number  __rd04__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Braun Intertec Corp.**
NW 7644, PO BOX 1450
Minneapolis, MN 55485

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2016__

**Basis for the claim:**  __Project-Quality Control Testing__

Last 4 digits of account number  __5413__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Brown Winick**
Attorney at Law
666Grand Ave., Suite 2000
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  __Attorney Fees__

Last 4 digits of account number  __5135__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Bryan Smith**
Attorney at Law
5930 SW 29th St.,  Suite 200
Topeka, KS 66614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015__

**Basis for the claim:**  __Attorney Fees__

Last 4 digits of account number  __None__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Capeland, Cook, Taylor, & Bush**
Attorneys at Law
110 Sheffield Loop
Hattiesburg, MS 39404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014__

**Basis for the claim:**  __Attorney Fees__

Last 4 digits of account number  __6922__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harding Enterprises, LLC**                                                     Case number (if known) _____
              Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**CAT Financial Commercial Account Corp.**
**PO BOX 978595**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __CC__

Last 4 digits of account number __2068__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | $100,000.00 |

**Caterpiller Finanical Services Corp.**
**P.O. Box 419037**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Equipment__

Last 4 digits of account number __1955,2503__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | $800.00 |

**Coke Boring, Inc**
**PO BOX 2015**
**Florence, MS 39073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Repair Work__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | $130,884.32 |

**Commercial Credit Group**
**PO BOX 60121**
**Charlotte, NC 28260-0121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

Basis for the claim: __CC__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | $9,200.00 |

**Delta Fuel**
**PO BOX 1810**
**Ferriday, LA 71334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2013__

Basis for the claim: __Parts & Fule__

Last 4 digits of account number __2428__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | $0.00 |

**Delta Fuel**
**27797 Highway 15**
**Ferriday, LA 71334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Suit onAccount__

Last 4 digits of account number __2701__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | $9,200.00 |

**Empire Truck**
**PO BOX 54325**
**Pearl, MS 39288-4325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2013__

Basis for the claim: __Equipment parts__

Last 4 digits of account number __2428__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Harding Enterprises, LLC**                                                      Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,096,664.11 |
|---|---|---|---|

**Energy Solutions**
PO BOX 95000-1132
Philadelphia, PA 19195-1132

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2014__

**Basis for the claim:** __Rental Equipment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Fabic Power Systems, Inc.**
1 Fabick Dr.
Fenton, MO 63026

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2015__

**Basis for the claim:** __Equipment - Civil Judgment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Farmers Co-op**
PO BOX 80
Baxter Springs, KS 66713

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2016__

**Basis for the claim:** __Farm Supplies__

**Last 4 digits of account number** __0220__

Is the claim subject to offset? ■ No □ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,339.24 |
|---|---|---|---|

**Gana Trucking & Excavating**
2200 W Panama Rd.
Martell, NE 68404

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2015__

**Basis for the claim:** __Hauling Fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Geotechnical Testing Laboratory, Inc**
PO BOX 7734
Alexandria, LA 71306

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2016__

**Basis for the claim:** __Aggregate Testing__

**Last 4 digits of account number** __6490__

Is the claim subject to offset? ■ No □ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |
|---|---|---|---|

**Goldman Equipment, LLC**
PO BOX 368
Waterproof, LA 71375

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __2012__

**Basis for the claim:** __Equipment Supplies__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No □ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Grecon Construction Engineers, Inc**
PO BOX 1469
Highlands, NC 28741

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Consulting Engineer__

**Last 4 digits of account number** __4440__

Is the claim subject to offset? ■ No □ Yes

| Debtor | **Harding Enterprises, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Greensfelder, Hemker, & Gale PC**
**10 South Broadway, Suite 2000**
**Saint Louis, MO 63102**

Date(s) debt was incurred  __2014__

Last 4 digits of account number  __3618__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,957.44**

**H&E Equipment Services, Inc**
**PO BOX 849850**
**Dallas, TX 75284-9850**

Date(s) debt was incurred  __2012__

Last 4 digits of account number  __1812__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Services & Parts__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**ISCO Industries, Inc**
**1974 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred  __2012__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supply Materials__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Joe Patty Welding**
**1409 LA St.**
**Tallulah, LA 71282**

Date(s) debt was incurred  __2015__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Welding Repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Kaiser Inc.**
**225 Highway 61 South**
**Natchez, MS 39120**

Date(s) debt was incurred  __2014__

Last 4 digits of account number  __HardingENT__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Repairs__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**Kean Miller**
**Attorney at Law**
**PO BOX 3513**
**Baton Rouge, LA 70821**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480,000.00**

**Komatsu**
**PO BOX 99303**
**Chicago, IL 60693**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Leases & Purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Harding Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Ladner Testing**
PO BOX 10778
Jackson, MS 39289-0778

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

**Basis for the claim:**  **Soil Testing Fees**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Lyman-Richie Sand & Gravel**
PO BOX 3867
Omaha, NE 68103-0867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Rock**

Last 4 digits of account number  **1621**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$262,500.00** |
|---|---|---|---|

**Medlin Equipment**
PO BOX 506
Charleston, MO 63834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2012**

**Basis for the claim:**  **Rentals, Repairs, Purchases**

Last 4 digits of account number  **RD11**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MFA Oil**
PO BOX 843784
Kansas City, MO 64184-3784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

**Basis for the claim:**  **Equipment Fuel**

Last 4 digits of account number  **6746**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Mid South Sales, Inc**
4522 East State Highway 18
Blytheville, AR 72315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-19-2017**

**Basis for the claim:**  **Civil Judgment / Equipment Fuel**

Last 4 digits of account number  **0070**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,000.00** |
|---|---|---|---|

**Mississippi AG Company, Inc**
PO BOX 669
Summit, MS 39666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Equipment Parts & Repairs**

Last 4 digits of account number  **I005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**PTI Progressive Tractor & Implements**
PO BOX 943
Jeanerette, LA 70544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Equipment Services**

Last 4 digits of account number  **AR37**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Harding Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**RiverView RV Park**
**100 RiverView Parkway**
**Vidalia, LA 71373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Campground Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,000.00 |
|---|---|---|---|

**Road Builders Machinery & Supply Co. Inc**
**PO BOX 5125**
**Kansas City, KS 66119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Equipment Rentals**

Last 4 digits of account number  **I004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165,000.00 |
|---|---|---|---|

**Scott Petroleum**
**PO BOX 282**
**Rolling Fork, MS 39159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Equipment Fuel**

Last 4 digits of account number  **9545**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000,000.00 |
|---|---|---|---|

**Servis First Bank**
**PO BOX 1508**
**Birmingham, AL 35201-1508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Equipment Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Sitech South Mississippi, LLC**
**PO BOX 321033**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Registration of a foreign judgment**
**17BT-CV00428**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Smith & Company Engineers**
**PO BOX 72**
**Poplar Bluff, MO 63901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Drafting Fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680,000.00 |
|---|---|---|---|

**Sun South Capital, Inc**
**Dept OWC4**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Equipment Loan**

Last 4 digits of account number  **HARDING**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harding Enterprises, LLC**                                                    Case number (if known) _____

_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Tara Wildlife**
**6791 Eagle Lake Shore Road**
**Vicksburg, MS 39183-9404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Office Site Rent**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Th Hanover Insurance Company**
**c/o Jason Leiker, Esq.**
**Levy, Craig Law Fim, P.C.**
**4520 Main Street, Suite 1600**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8ACL**

Basis for the claim:  **Suit on Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Hanover Insurance Company**
**C/O Levy Caig Law Firm**
**Attn: JasonS. Leiker, Esq.**
**4520 Main Street, Suite 1600**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8ACl**

Basis for the claim:  **Pending**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,032.00 |
|---|---|---|---|

**Thiele Geotech, Inc**
**13478 Chandler Rd.**
**Omaha, NE 68007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Concrete Testing**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Two-J Ranch Inc.**
**PO BOX 991**
**Natchez, MS 39121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number _

Basis for the claim:  **Building Supplies**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,419.68 |
|---|---|---|---|

**US Bank**
**PO Box 1800**
**Saint Paul, MN 55101-0800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5649**

Basis for the claim:  **CC**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Warren Paving**
**PO BOX 572**
**Hattiesburg, MS 39403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Last 4 digits of account number  **1477**

Basis for the claim:  **Building Materials**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Harding Enterprises, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Western Sand & Gravel Co.**
**PO BOX 28**
**Ashland, NE 68003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Last 4 digits of account number  **7845**

Basis for the claim:  **Building Material**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alexander Associates**<br>**2188 Highway JJ**<br>**Moberly, MO 65270** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Balch & Bingham, LLP**<br>**PO BOX 130**<br>**Gulfport, MS 39501-1931** | Line  **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Benton & Centeno, LLP**<br>**2019 Thiel Ave.**<br>**Oxford, AL 36203** | Line  **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Brunini PC**<br>**Attorney at Law**<br>**PO Drawer 119**<br>**Jackson, MS 39205** | Line  **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Capell & Howard, PC**<br>**PO BOX 2064**<br>**Montgomery, AL 36102-2069** | Line  **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Christopher Sevedge, Esq.**<br>**909 Walnut #505**<br>**Kansas City, MO 64106** | Line  **3.43**<br><br>☐ Not listed. Explain ____ | **2743** |
| 4.7 | **Clarence McDonald Leland, PC**<br>**PO BOX 1466**<br>**Brandon, MS 39043-1466** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Clarence McDonald Leland, PC**<br>**PO BOX 1466**<br>**Brandon, MS 39043-1466** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Cotton, Bolton, Hoychick, & Doughty, LLP**<br>**1220 N. 18th St., Suite 301**<br>**Monroe, LA 71201** | Line  **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Craig Smith, Esq.**<br>**100 South Fourth Street, Suite 1000**<br>**Saint Louis, MO 63102** | Line  **3.20**<br><br>☐ Not listed. Explain ____ | **0111** |

Debtor    **Harding Enterprises, LLC**                                    Case number (if known) _____
_____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 **Davidson, Meaux, & Sonnier LLP**<br>810 SO Buchana St.<br>Lafayette, LA 70502-2908 | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **Jason Day**<br>423 West 300, Ste 200<br>Salt Lake City, UT 84101 | Line __3.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Michael C. Arnold-Simpson Law Firm**<br>PO BOX 1410<br>Ridgeland, MS 39158-1410 | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Montgomery McGraw, LLC**<br>PO BOX 1039<br>Canton, MS 39046 | Line __3.38__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Mr. Kyle Warren, Esq.**<br>201A North Main Street<br>Poplar Bluff, MO 63901 | Line __3.17__<br><br>☐ Not listed. Explain ____ | __2701__ |
| 4.16 **Phelps Dunbar, LLP**<br>PO BOX 16114<br>Jackson, MS 39236-6114 | Line __3.44__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Servisfirst Bank**<br>850 Shades Creek Parkway, Suite 200<br>Birmingham, AL 35209 | Line __3.43__<br><br>☐ Not listed. Explain ____ | __2743__ |
| 4.18 **Vogler & Associates, LLC**<br>PO BOX 419037<br>Saint Louis, MO 63141-9037 | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **Wheeler & Mitchelson, Chtd**<br>4th & Broadway<br>PO BOX 610<br>Pittsburg, KS 66762 | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $       10,841,703.60 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       10,841,703.60 |

**Fill in this information to identify the case:**

Debtor name    **Harding Enterprises, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract | |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 1 of 1

**Fill in this information to identify the case:**

Debtor name **Harding Enterprises, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Braun Intertec Corp.** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.2 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Altorfer CAT** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.3 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **ASP** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Arthurs Tire** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Baton Rouge Industries** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

Debtor    **Harding Enterprises, LLC**                                    Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Bryan Smith** | ☐ D _____<br>▮ E/F ___**3.10**___<br>☐ G _____ |
| 2.7 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Brown Winick** | ☐ D _____<br>▮ E/F ___**3.9**___<br>☐ G _____ |
| 2.8 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Bootheel Rental** | ☐ D _____<br>▮ E/F ___**3.7**___<br>☐ G _____ |
| 2.9 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Capeland, Cook, Taylor, & Bush** | ☐ D _____<br>▮ E/F ___**3.11**___<br>☐ G _____ |
| 2.10 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **CAT Financial Commercial Account Corp.** | ☐ D _____<br>▮ E/F ___**3.12**___<br>☐ G _____ |
| 2.11 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Farmers Co-op** | ☐ D _____<br>▮ E/F ___**3.21**___<br>☐ G _____ |
| 2.12 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Caterpiller Finanical Services Corp.** | ☐ D _____<br>▮ E/F ___**3.13**___<br>☐ G _____ |
| 2.13 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Kaiser Inc.** | ☐ D _____<br>▮ E/F ___**3.30**___<br>☐ G _____ |

| Debtor | **Harding Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Commercial Credit Group** | ☐ D _____<br>▮ E/F ___3.15___<br>☐ G _____ |
| 2.15 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Energy Solutions** | ☐ D _____<br>▮ E/F ___3.19___<br>☐ G _____ |
| 2.16 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Fabic Power Systems, Inc.** | ☐ D _____<br>▮ E/F ___3.20___<br>☐ G _____ |
| 2.17 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Gana Trucking & Excavating** | ☐ D _____<br>▮ E/F ___3.22___<br>☐ G _____ |
| 2.18 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Geotechnical Testing Laboratory, Inc** | ☐ D _____<br>▮ E/F ___3.23___<br>☐ G _____ |
| 2.19 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Greensfelder, Hemker, & Gale PC** | ☐ D _____<br>▮ E/F ___3.26___<br>☐ G _____ |
| 2.20 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Grecon Construction Engineers, Inc** | ☐ D _____<br>▮ E/F ___3.25___<br>☐ G _____ |
| 2.21 | **Greggory and "Dawn" Harding** | 2312 Orr Road<br>Poplar Bluff, MO 63901 | **Kean Miller** | ☐ D _____<br>▮ E/F ___3.31___<br>☐ G _____ |

Debtor    **Harding Enterprises, LLC**                              Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| ■ | **Additional Page to List More Codebtors** | | | |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Komatsu** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.23 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **ISCO Industries, Inc** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.24 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Ladner Testing** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.25 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Lyman-Richie Sand & Gravel** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.26 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **PTI Progressive Tractor & Implements** | ☐ D _____<br>■ E/F __3.39__<br>☐ G _____ |
| 2.27 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Tara Wildlife** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.28 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Thiele Geotech, Inc** | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.29 | **Greggory and "Dawn" Harding** | **2312 Orr Road Poplar Bluff, MO 63901** | **Two-J Ranch Inc.** | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |

| Debtor | **Harding Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.30 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Western Sand &<br>Gravel Co. | ☐ D ____<br>■ E/F ___3.54___<br>☐ G ____ |
| 2.31 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Joe Patty Welding | ☐ D ____<br>■ E/F ___3.29___<br>☐ G ____ |
| 2.32 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Goldman Equipment,<br>LLC | ☐ D ____<br>■ E/F ___3.24___<br>☐ G ____ |
| 2.33 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | B&C Equipment | ☐ D ____<br>■ E/F ___3.4___<br>☐ G ____ |
| 2.34 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Coke Boring, Inc | ☐ D ____<br>■ E/F ___3.14___<br>☐ G ____ |
| 2.35 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Delta Fuel | ☐ D ____<br>■ E/F ___3.16___<br>☐ G ____ |
| 2.36 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Empire Truck | ☐ D ____<br>■ E/F ___3.18___<br>☐ G ____ |
| 2.37 | Greggory and<br>"Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | H&E Equipment<br>Services, Inc | ☐ D ____<br>■ E/F ___3.27___<br>☐ G ____ |

| Debtor | **Harding Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | MFA Oil | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.39 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Medlin Equipment | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.40 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Mid South Sales, Inc | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.41 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | RiverView RV Park | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.42 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Road Builders Machinery & Supply Co. Inc | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.43 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Sitech South Mississippi, LLC | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.44 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Scott Petroleum | ☐ D _____<br>■ E/F __3.42__<br>☐ G _____ |
| 2.45 | Greggory and "Dawn" Harding | 2312 Orr Road Poplar Bluff, MO 63901 | Smith & Company Engineers | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Harding Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.46 | Greggory and "Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Warren Paving | ☐ D _____<br>■ E/F ___3.53___<br>☐ G _____ |
|---|---|---|---|---|
| 2.47 | Greggory and "Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Mississippi AG Company, Inc | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.48 | Greggory and "Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Servis First Bank | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.49 | Greggory and "Dawn" Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Sun South Capital, Inc | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Harding Enterprises, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF MISSOURI

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:      Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$-39,303.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:      List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Harding Enterprises, LLC**                                               Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Sun South Capital, Inc Dept OWC4 Birmingham, AL 35283 | Equipment Loan | April, 2016 | $680,000.00 |
| Servis First Bank PO BOX 1508 Birmingham, AL 35201-1508 | Equipment Loan | July - September, 2016 | $1,500,000.00 |
| Commercial Credit Group PO BOX 60121 Charlotte, NC 28260-0121 | CC/Equipment | October, 2017 | $50,000.00 |
| Waystation Investments, Inc 4744 Highway 51 Fisk, MO 63940 | Shop building & land: 7082 US Highway 67 North, Poplar Bluff, MO 63901.  Debtor surrenderd the shop building and land to the landlord | December, 2017 | Unknown |
| Geotechnical Testing Laboratory, Inc PO BOX 7734 Alexandria, LA 71306 | Equipment Leases & Purchases | November, 2016 | $480,000.00 |
| Caterpiller Finanical Services Corp. P.O. Box 419037 Saint Louis, MO 63141 | Equipment | October, 2016 | $100,000.00 |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Harding Enterprises, LLC**                                                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Medlin Equipment vs. Harding Enterprises, LLC and Greggory Harding**<br>**14CG-CC00015** | **Souit on Account** | **Cape Girardeau County Circuit Court**<br>**44 North Lorimier**<br>**Cape Girardeau, MO 63701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Mid-South Sales, Inc. vs. Harding Enterprises, LLC**<br>**17BT-CV01199** | **Suit on Account** | **Butler County Circuit Court**<br>**Butler County Courthouse**<br>**Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **MFA Oil vs. Harding Enterprises, LLC**<br>**2015CV99** | **Suit on Account / Sued Debtor in Kansas** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Road Builders Machinery & Supply vs. Harding Enterprises, LLC**<br>**17BAT-CV01290** | **Suit on Account** | **Butler County Circuit Court**<br>**Butler County Courthouse**<br>**Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Delta Fuel vs. Harding Enterprises, LLC**<br>**15BT-CC00327** | **Suit on Account** | **Butler County Circuit Court**<br>**Butler County Courthouse**<br>**Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Sitech South MIssissippi LLC, vs. Harding Enterprises, LLC**<br>**17BT-CV00428** | **Suit On Account** | **Butler County Circuit Court**<br>**Butler County Courthouse**<br>**100 North Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Fabick POwer Systems-Fabick Southwest Co. vs. Harding Enterprises, LLC**<br>**15BT-CV00111** | **Suit on Account** | **Butler County Circuit Courty**<br>**100 North Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Servis First Bank vs. Harding Enterprises LLC**<br>**17BT-CV02743** | **Suit on Account** | **Butler County Circuit Court**<br>**100 North Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Grecon Construction Engineers, Inc. vs. Harding Enterprises, LLC**<br>**17-03044-D** | **Suit on Account**<br>**Unknow location** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Sun South Capital, Inc. vs. Harding Enterprises, LLC**<br>**1:15-CV823-WKW** | **Suit on Account** | **Alabama** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. | **H & E Equipment vs. Harding Enterprises, LLC**<br>**C618735** | **Suit on Account** | **Louisiana** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.12. | **Empire Truck Sales vs. Harding Enterprises, LLC**<br>**D2402-14102** | **Suit on Account** | **Mississippi** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Harding Enterprises, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. **Energhy Solutions vs. Harding Enterprises, LLC**<br>**16BT-CV01652** | **Suit on Account** | **Butler County Circuit Court**<br>**100 North Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Progressive Tractor & Implements vs. Harding Enterprises LLC and Greggory Harding**<br>**2017-00004942-A** | **Suit on Account** | **Louisiana** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. **Hannover vs. Harding Enterprises, vs. Harding Enterprises, LLC and Greggory and Andrea Harding**<br>**1:17-CV-00108-ACL** | **Suit on Account** | **Eastern District of Missouri**<br>**Rush Limbaugh**<br>**Courthouse**<br>**Independence**<br>**Cape Girardeau, MO 63701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Merrick Heavy Construction vs. Harding Enterprises, LLC**<br>**23947** | **Breach of Contract** | **Louisiana** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17. **Scott Irrigation, LLC vs. Harding Enterprises**<br>**14BT-CV01530** | **Suit on Account** | **Butler County Circuit Court**<br>**100 North Main Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. **Scott Equipment Company vs. Greggory Harding**<br>**14BT-CV01532** | **Suit on Account** | **Butler County Circuit Court**<br>**100 North Mian Street**<br>**Poplar Bluff, MO 63901** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **Harding Enterprises, LLC**                                    Case number *(if known)* _____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Jewel Law Firm, LLC 1416 N. Kingshighway Cape Girardeau, MO 63701** | **Filing Fee - $335.00 Debtor paid $4665.00 in the personal bankruptcy as fees for the personal and LLC** | **February, 2018** | **$335.00** |
| | Email or website address **deidrejewel@yahoo.com, lesleydormeyer@yahoo.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **7082 US Highway 67 North Poplar Bluff, MO 63901** | **2012 - December, 2017** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Harding Enterprises, LLC**                                     Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor   **Harding Enterprises, LLC**                                    Case number *(if known)* _____

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Daniel J. Brock, CPA** **Barfield, Murphy, Shank & Smith LLC** **1121 Riverchase Office Road** **Birmingham, AL 35244** | **2012 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **Harding Enterprises, LLC**                                    Case number *(if known)* _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Greggory  Harding | 2312 Orr Road<br>Poplar Bluff, MO 63901 | Owner, Director | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Harding Enterprises, LLC**                                          Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 19, 2018**

**/s/ Greggory Allen Harding**                              **Greggory Allen Harding**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Harding Enterprises, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **0.00**

    Prior to the filing of this statement I have received _____   $ _____ **0.00**

    Balance Due _____   $ _____ **0.00**

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **This agreement does not include fees for adding creditors after filing, Motions to Avoid Liens, Motions to
    Redeem, and/or Reaffirmation agreements. If at any time during Chapter 7 proceeding an adversarial complaint is
    filed, debtors are to pay additional fees for representation or obtain other representation.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**March 19, 2018** _____         **/s/ Deidre D. Jewel**
_Date_                                       **Deidre D. Jewel MO44134**
                                             _Signature of Attorney_
                                             **The Jewel Law Firm, LLC**
                                             **1416 N. Kingshighway**
                                             **Cape Girardeau, MO 63701**
                                             **573-332-1001  Fax: 573-332-1077**
                                             **deidrejewel@yahoo.com, lesleydormeyer@yahoo.com**
                                             _Name of law firm_

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **Harding Enterprises, LLC**                                               Case No.
                                                        Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __6__ page(s) and is true, correct and complete.


**/s/ Greggory Allen Harding**

**Greggory Allen Harding**/Owner
Signer/Title


Dated:    **March 19, 2018**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Alexander Associates
2188 Highway JJ
Moberly, MO 65270

Altorfer CAT
PO BOX 1347
Cedar Rapids, IA 52406-1347

Arthurs Tire
327 Highland Blvd.
Natchez, MS 39120

ASP
1099 Cassens Industrial Court
Fenton, MO 63026

B&C Equipment
2396 Star Rd.
Florence, MS 39073

Balch & Bingham, LLP
PO BOX 130
Gulfport, MS 39501-1931

Baton Rouge Industries
PO BOX 26
Baker, LA 70714

Benton & Centeno, LLP
2019 Thiel Ave.
Oxford, AL 36203

Bootheel Rental
PO BOX 278
Poplar Bluff, MO 63901

Braun Intertec Corp.
NW 7644, PO BOX 1450
Minneapolis, MN 55485

Brown Winick
Attorney at Law
666Grand Ave., Suite 2000
Des Moines, IA 50309

Brunini PC
Attorney at Law
PO Drawer 119
Jackson, MS 39205

Bryan Smith
Attorney at Law
5930 SW 29th St., Suite 200
Topeka, KS 66614

```
Capeland, Cook, Taylor, & Bush
Attorneys at Law
110 Sheffield Loop
Hattiesburg, MS 39404

Capell & Howard, PC
PO BOX 2064
Montgomery, AL 36102-2069

CAT Financial Commercial Account Corp.
PO BOX 978595
Dallas, TX 75397

Caterpiller Finanical Services Corp.
P.O. Box 419037
Saint Louis, MO 63141

Christopher Sevedge, Esq.
909 Walnut #505
Kansas City, MO 64106

Clarence McDonald Leland, PC
PO BOX 1466
Brandon, MS 39043-1466

Coke Boring, Inc
PO BOX 2015
Florence, MS 39073

Commercial Credit Group
PO BOX 60121
Charlotte, NC 28260-0121

Cotton, Bolton, Hoychick, & Doughty, LLP
1220 N. 18th St., Suite 301
Monroe, LA 71201

Craig Smith, Esq.
100 South Fourth Street, Suite 1000
Saint Louis, MO 63102

Davidson, Meaux, & Sonnier LLP
810 SO Buchana St.
Lafayette, LA 70502-2908

Delta Fuel
PO BOX 1810
Ferriday, LA 71334

Delta Fuel
27797 Highway 15
Ferriday, LA 71334
```

Empire Truck
PO BOX 54325
Pearl, MS 39288-4325

Energy Solutions
PO BOX 95000-1132
Philadelphia, PA 19195-1132

Fabic Power Systems, Inc.
1 Fabick Dr.
Fenton, MO 63026

Farmers Co-op
PO BOX 80
Baxter Springs, KS 66713

First Midwest Bank
P.O. Box 160
Poplar Bluff, MO 63901

FIrst Midwest Bank
P.O. Box 160
Poplar Bluff, MO 63902

Gana Trucking & Excavating
2200 W Panama Rd.
Martell, NE 68404

Geotechnical Testing Laboratory, Inc
PO BOX 7734
Alexandria, LA 71306

Goldman Equipment, LLC
PO BOX 368
Waterproof, LA 71375

Grecon Construction Engineers, Inc
PO BOX 1469
Highlands, NC 28741

Greensfelder, Hemker, & Gale PC
10 South Broadway, Suite 2000
Saint Louis, MO 63102

Greggory and "Dawn" Harding
2312 Orr Road
Poplar Bluff, MO 63901

H&E Equipment Services, Inc
PO BOX 849850
Dallas, TX 75284-9850

ISCO Industries, Inc
1974 Solutions Center
Chicago, IL 60677

Jason Day
423 West 300, Ste 200
Salt Lake City, UT 84101

Joe Patty Welding
1409 LA St.
Tallulah, LA 71282

Kaiser Inc.
225 Highway 61 South
Natchez, MS 39120

Kean Miller
Attorney at Law
PO BOX 3513
Baton Rouge, LA 70821

Komatsu
PO BOX 99303
Chicago, IL 60693

Ladner Testing
PO BOX 10778
Jackson, MS 39289-0778

Lyman-Richie Sand & Gravel
PO BOX 3867
Omaha, NE 68103-0867

Medlin Equipment
PO BOX 506
Charleston, MO 63834

MFA Oil
PO BOX 843784
Kansas City, MO 64184-3784

Michael C. Arnold-Simpson Law Firm
PO BOX 1410
Ridgeland, MS 39158-1410

Mid South Sales, Inc
4522 East State Highway 18
Blytheville, AR 72315

Mississippi AG Company, Inc
PO BOX 669
Summit, MS 39666

Montgomery McGraw, LLC
PO BOX 1039
Canton, MS 39046

Mr. Kyle Warren, Esq.
201A North Main Street
Poplar Bluff, MO 63901

Phelps Dunbar, LLP
PO BOX 16114
Jackson, MS 39236-6114

PTI Progressive Tractor & Implements
PO BOX 943
Jeanerette, LA 70544

RiverView RV Park
100 RiverView Parkway
Vidalia, LA 71373

Road Builders Machinery & Supply Co. Inc
PO BOX 5125
Kansas City, KS 66119

Scott Petroleum
PO BOX 282
Rolling Fork, MS 39159

Servis First Bank
PO BOX 1508
Birmingham, AL 35201-1508

Servisfirst Bank
850 Shades Creek Parkway, Suite 200
Birmingham, AL 35209

Sitech South Mississippi, LLC
PO BOX 321033
Flowood, MS 39232

Smith & Company Engineers
PO BOX 72
Poplar Bluff, MO 63901

Sun South Capital, Inc
Dept OWC4
Birmingham, AL 35283

Tara Wildlife
6791 Eagle Lake Shore Road
Vicksburg, MS 39183-9404

Th Hanover Insurance Company
c/o Jason Leiker, Esq.
Levy, Craig Law Fim, P.C.
4520 Main Street, Suite 1600
Kansas City, MO 64111

The Hanover Insurance Company
C/O Levy Caig Law Firm
Attn: JasonS. Leiker, Esq.
4520 Main Street, Suite 1600
Kansas City, MO 64111

Thiele Geotech, Inc
13478 Chandler Rd.
Omaha, NE 68007

Two-J Ranch Inc.
PO BOX 991
Natchez, MS 39121

US Bank
PO Box 1800
Saint Paul, MN 55101-0800

Vogler & Associates, LLC
PO BOX 419037
Saint Louis, MO 63141-9037

Warren Paving
PO BOX 572
Hattiesburg, MS 39403

Western Sand & Gravel Co.
PO BOX 28
Ashland, NE 68003

Wheeler & Mitchelson, Chtd
4th & Broadway
PO BOX 610
Pittsburg, KS 66762

# United States Bankruptcy Court
## Eastern District of Missouri

In re    Harding Enterprises, LLC

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Harding Enterprises, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 19, 2018

Date

/s/ Deidre D. Jewel

**Deidre D. Jewel MO44134**

Signature of Attorney or Litigant

Counsel for   Harding Enterprises, LLC

**The Jewel Law Firm, LLC**

**1416 N. Kingshighway**
**Cape Girardeau, MO 63701**
**573-332-1001 Fax:573-332-1077**
**deidrejewel@yahoo.com, lesleydormeyer@yahoo.com**